REQUEST FOR COURT ACTION / DIRECTION

**08CRIM 773**

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE (21 USC 846). |
| | | ORIGINAL SENTENCE: (84) MONTHS IMPRISONMENT ON COUNT 1; FOUR (4) YEARS OF SUPERVISED RELEASE |
| FROM: | Kyle Crayton<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: The defendant is to participate in a program for substance abuse as directed by Probation. The defendant is not to consume alcoholic beverages. If ordered deported the defendant is to leave the United States and not return without the prior permission of the U.S. Attorney General. The defendant is to use his true name and is prohibited from using any aliases, false dates of birth, fasle social security numbers, incorrect places of birth or any other incorrect pertinent identifying information. |
| | | AUSA: To be Determined |
| RE: | VASQUEZ, EMELIO<br>Docket # 1:01CR10469-013 | |

DATE OF SENTENCE:   01/23/2003

DATE:   August 13, 2008

ATTACHMENTS:   PSI   JUDGMENT X   PREVIOUS REPORTS
                VIOLATION  PETITION

*USDC SDNY DOCUMENT ELECTRONICALLY FILED*

---

**ASSIGNMENT FOR TRANSFER OF JURISDICTION**

On January 23, 2003, the above-mentioned individual was sentenced as outlined above in the District of Massachusetts, by the Honorable William G. Young, Chief U.S. District Judge.

On August 13, 2008, we received a letter from the District of Massachusetts, advising that the Honorable William G. Young, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Vasquez's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

VASQUEZ, EMELIO                               - 2 -                                49467/KDC

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                Respectfully submitted,

                                Chris J. Stanton
                                Chief U.S. Probation Officer

               By:   _____
                                Kyle Crayton
                                Sr. U.S. Probation Officer
                                212-805-5154

Approved By:   _____
                      Enid Febus                Date:
                      Supervising U.S. Probation Officer
                      (212) 805 - 5074